# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Derrick L. Worthy AND TARA L. PHILLIPS-WORTHY,<br><br>Plaintiffs,<br>vs.<br><br>NATIONSTAR MORTAGE LLC; CLEAR RECON CORP; and DOES 1-10, Inclusive,<br><br>Defendants, | Case No. 5:17-cv-01645-JAK-SP<br><br>**JUDGMENT**<br>**JS-6** |

On March 2, 2018, Defendant NATIONSTAR MORTGAGE LLC ("Nationstar")'s motion to dismiss Plaintiffs' First Amended Complaint was granted. All claims advanced against Nationstar were dismissed with prejudice and with no further leave to amend.

On April 15, 2019 Defendant CLEAR RECON CORP ("CRC")'s motion to dismiss Plaintiffs' Third Amended Complaint was granted. All claims advanced against CRC were dismissed with prejudice and with no further leave to amend.

IT IS THEREFORE ORDERED that a JUDGMENT OF DISMISSAL in favor of Defendants Nationstar and CRC and against Plaintiffs DERRICK L. WORTHY and TARA L. PHILLIPS-WORTHY be, and it hereby is, entered in this matter.

Defendants Nationstar and CRC shall recover from the Plaintiffs their costs,

taxed in an amount to be determined upon the filing and approval of the appropriate application.

IT IS SO ORDERED.

Dated: May 1, 2019

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE